FILED
2022 APR 28 PM 12:00
CLERK
U.S. DISTRICT COURT

ANDREA T. MARTINEZ, United States Attorney (#9313)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone:   (435) 634-4264   •   Facsimile:   (435) 634-4272

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INFORMATION |
| Plaintiff, | : | |
| | | VIO. 8 U.S.C. § 1326 |
| vs. | : | |
| | | (REENTRY OF A PREVIOUSLY |
| ANGEL AGUILAR-RANGEL, | : | REMOVED ALIEN) |
| Defendant. | : | Case: 4:22−cr−00046 |
| | | Assigned To : Nuffer, David |
| | | Assign. Date : 4/28/2022 |
| | | Description: USA v. Aguilar−Rangel |

The United States Attorney charges:

COUNT I

On or about April 25, 2022, in the Central Division of the District of Utah,

ANGEL AGUILAR-RANGEL,

the defendant herein, an alien who on or about February 25, 2020 and February 21, 2017,

was excluded, removed, and deported from the United States, did knowingly reenter and

was found in the United States in the District of Utah, having not obtained the consent of

the Secretary of the United States Department of Homeland Security to reapply for

admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this __28th__ day of April, 2022.

ANDREA T. MARTINEZ
United States Attorney

_BmyWil_

BRADY WILSON
Assistant United States Attorney

2

ANDREA T. MARTINEZ, United States Attorney (#9313)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone:  (435) 634-4264  •  Facsimile:  (435) 634-4272

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NOTICE OF SENTENCING ENHANCEMENT |
| Plaintiff, | : | |
| vs. | : | 8 U.S.C. § 1326(b) (TEN YEARS |
| ANGEL AGUILAR-RANGEL, | : | IMPRISONMENT, $250,000 FINE, OR BOTH) |
| Defendant. | : | |

The United States of America, by and through its undersigned counsel, gives

notice that the defendant has been convicted as follows:

> On February 6, 2020, he was convicted in the United States
> District Court - District of Utah for the offense of reentry of a
> previously removed alien, in violation of 8 U.S.C. 1326(a), a
> Felony, for which he was sentenced to time served. Case No.
> 4:19cr134

Because of the above conviction, if the defendant is convicted in the above-

captioned matter, defendant's sentence will be enhanced according to defendant's prior

criminal history and the applicable sentencing guidelines, and defendant will be subjected

to a sentence of imprisonment of not more than 10 years, a $250,000 fine, or both. *See* 8 U.S.C. § 1326(b); *Apprendi v. New Jersey*, 530 U.S. 466 (2000); *Almendarez-Torres v. United States* 523 U.S. 224 (1998) (prior aggravated felonies are sentencing enhancements that do not need to be charged in the indictment); and *United States v. Martinez-Villalva*, 232 F.3d 1329 (10th Cir. 2000) (failing to charge    prior aggravated felonies in an indictment does not violate *Apprendi*).

The government gives the foregoing notice as a matter of courtesy to the defendant and the Court.   In so doing, the government in no way restricts itself, the Probation Office, or the Court from consideration of other crimes, defendant's history, or applicable sentencing factors in determining defendant's sentence in this case.

DATED this __28th__ day of April, 2022.


ANDREA T. MARTINEZ
United States Attorney

BRADY WILSON
Assistant United States Attorney

2